People v Jimenez (2025 NY Slip Op 06826)

People v Jimenez

2025 NY Slip Op 06826

Decided on December 09, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 09, 2025

Before: Webber, J.P., Scarpulla, Rodriguez, Higgitt, Chan, JJ. 

SCI No. 699/19|Appeal No. 5317|Case No. 2020-02179|

[*1]The People of the State of New York, Respondent,
vRafael Jimenez, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Andrew H. Chung of counsel), for respondent.

Judgment, Supreme Court, New York County (Laurie Peterson, J., at plea; Herbert Moses, J., at sentencing), rendered February 25, 2020, convicting defendant, upon his guilty plea, of criminal possession of a weapon in the third degree and menacing in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years on the weapon possession charge and one year on the menacing count, to run concurrently with the sentence imposed under Docket No. CR-037538-19NY, unanimously modified, as a matter of discretion in the interest of justice, to vacate the provision of the order of protection solely to the extent that it remain in effect until February 24, 2032, and to remand the matter for a new determination of the expiration of the duration of the order, and otherwise affirmed.
Although defendant's challenge to the duration of the order of protection is unpreserved (see People v Nieves, 2 NY3d 310 [2004]), we reach the issue in the interest of justice. As the People acknowledge, the expiration date of the order of protection is incorrect because it was calculated without taking into account the jail time credit to which defendant is entitled (see e.g. People v Gonzalez, 236 AD3d 529 [1st Dept 2025]; People v Kuchma, 230 AD3d 1074, 1075 [1st Dept 2024]). Pending a new determination, the order of protection shall remain in effect.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 9, 2025